IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02903-REB-CBS

Hilda L. Solis, Secretary of Labor;
United States Department of Labor,

    Plaintiffs,

v.

Angels With Paws,

    Defendant.

## CONSENT JUDGMENT

COMES NOW, the Plaintiff and Defendant who agree to the entry of this judgment with consent as described herein.

### RECITALS

1. Plaintiffs filed their Complaint on or about November 8, 2011, alleging that Defendant violated Section 11(c) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 660(c), with respect to former employee, Ashly Simon. Plaintiffs sought back wages and injunctive relief.

2. Defendant filed its Answer with Jury Demand on or about January 4, 2012.

3. To resolve the dispute in this matter, Plaintiffs and Defendant choose to enter this judgment as described below. Both parties are entering into this Consent Judgment for the purpose of compromising and resolving disputed claims and to avoid the expense of

further litigation. Defendant expressly denies the allegations in the Complaint and the parties agree that Defendant's agreement to enter into this judgment is not an admission of fault.

It is ORDERED, ADJUDGED and DECREED that Defendant, its officers, agents, servants, employees and all persons in active concert or participation with it be and they hereby are permanently enjoined and restrained from violating the provisions of Section 11(c) of the Occupational Safety and Health Act of 1970 (the "Act") in any of the following manners:

1. Defendant shall not, contrary to Section 11(c) of the Act, 29 U.S.C. § 660(c), discharge or in any manner discriminate against any employee because such employee has filed any complaint related to this Act.

2. Defendant shall not, contrary to Section 11(c) of the Act, 29 U.S.C. § 660(c), discharge or in any manner discriminate against any employee because such employee has instituted or caused to be instituted any proceeding under or related to this Act.

3. Defendant shall not, contrary to Section 11(c) of the Act, 29 U.S.C. § 660(c), discharge or in any manner discriminate against any employee because such employee has testified or is about to testify in any proceeding under or related to this Act.

4. Defendant shall not, contrary to Section 11(c) of the Act, 29 U.S.C. § 660(c), discharge or in any manner discriminate against any employee because of the exercise by such employee on behalf of himself, herself, or others of any right afforded by this Act.

It is further ORDERED, ADJUDGED and DECREED that Defendant must pay the net sum of $1,500.00 in the form of a cashier's or certified check payable to Ashly Simon. The payment shall be delivered to undersigned counsel for the Secretary of Labor at 1999 Broadway,

Suite 1600, Denver, Colorado, 80202 within 45 days of the Court's issuance of this consent judgment.

It is further ORDERED that at least one member of Defendant's board of directors, at least one of Defendant's management employees, and at least one of Defendant's non-management employees must attend the whistleblower program at the United States Department of Labor's 2013 Information and Outreach Forum in Denver, Colo. The Secretary's counsel will notify Defendant's counsel of the date, time, and location of this event once those details are finalized.

It is further ORDERED that each party agrees to bear its own attorneys' fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

It is thus ORDERED, ADJUDGED, AND DECREED, pursuant to section 11(c)(2) of the Act, that Plaintiff shall have judgment in her favor and against Defendant in the amount of $1,500.00 payable, as noted above, to Ashly Simon.

Dated this 15th day of January 2013.

BY THE COURT:

Rob Blackburn
United States District Judge

Entry of the foregoing Consent Judgment is hereby consented to:

M. Patricia Smith
Solicitor of Labor

James E. Culp
Regional Solicitor

Jean Ausenbaugh, President of:
Angels With Paws

John Rainwater
Associate Regional Solicitor

Timothy S. Williams
Counsel for Safety and Health

*/s/ Matthew B. Finnigan*
Matthew B. Finnigan
Alicia A. Truman
Trial Attorneys

Office of the Solicitor
1999 Broadway, Suite 1600
Suite 1600
Denver, CO 80202-5710
303-844-1745/7014
finnigan.matthew@dol.gov
Truman.alicia.a@dol.gov
U.S. Department of Labor
Attorneys for Plaintiff

2540 Youngfield Street
Lakewood, CO 80215

*/s/ Deanna Brinkerhoff*
Deanna Brinkerhoff
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, NV 89134
702-669-4600
Attorneys for Angels With Paws

## CERTIFICATE OF SERVICE

I certify that on January 14, 2013, I electronically filed the Consent Judgment with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following counsel of record:

dcbrinkerhoff@hollandhart.com
jjohnson@hollandhard.com

/s/ Matthew B. Finnigan
Matthew B. Finnigan, Trial Attorney

4